UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2018

JOSE MARTINEZ,

                    Petitioner,              18-cv-8277 (JGK)

        - against -                          MEMORANDUM OPINION
                                             AND ORDER
UNITED STATES OF AMERICA,

                    Respondent.

JOHN G. KOELTL, District Judge:

The petitioner filed a letter requesting that the Court
appoint counsel to aid him with his petition for a writ of
habeas corpus. However, from the papers provided, the Court
cannot determine whether the necessary showing for appointment
of counsel has been met. The Court of Appeals for the Second
Circuit has articulated factors that should guide the Court's
discretion to appoint counsel to represent an indigent civil
litigant under 28 U.S.C. § 1915. See Hodge v. Police Officers,
802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No.
99cv2427, 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For
the Court to order the appointment of counsel, the petitioner
must, as a threshold matter, demonstrate that his claim has
substance or a likelihood of success on the merits. See Hodge,
802 F.2d at 60-61. Only then can the Court consider the other
factors appropriate to determination of whether counsel should
be appointed: "[petitioner's] ability to obtain representation

independently, and his ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). The petitioner has not yet made such a showing.

The petitioner may seek assistance from the New York Legal Aid Group Legal Clinic for Pro Se Litigants, which is located at 40 Centre Street, Room LL22, New York, New York 10007, and is open on weekdays from 10:00 am until 4:00 pm. The New York Legal Aid Group can be reached by calling (212) 659-6190. The New York Legal Aid Group can, as appropriate, recommend other counsel for the petitioner.

For the reasons explained above, the petitioner's application for the Court to appoint counsel is **denied without prejudice.** The Clerk is directed to close the pending motion at Docket Number 6.

**SO ORDERED.**

Dated:  **New York, New York
October 12, 2018**

John G. Koeltl
**United States District Judge**