USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-8-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MARTINEZ,

           Plaintiff,

- against -

UNITED STATES OF AMERICA.,

           Defendant.

18cv8277 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the plaintiff's letter dated December 26, 2019. Dkt. No. 16. The plaintiff's address has been updated. The plaintiff's motion to file a "second or successive" 28 U.S.C. § 2255 petition is currently pending before the Second Circuit Court of Appeals following a stay issued by that court on June 18, 2019. The Court of Appeals issued a stay in light of cases pending before the Supreme Court and the Court of Appeals that may affect the Court of Appeals' decision on the plaintiff's motion. The plaintiff should direct future correspondence about his petition (Docket No. 19-961 in the Court of Appeals) to the Court of Appeals, until the Court of Appeals decides his motion to file a "second or successive" petition.

SO ORDERED.

Dated: New York, New York
       January 7, 2020

                                             John G. Koeltl
                                   United States District Judge

*Copy mailed to pro se party at docket address.*