**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __ /-9-2020 .

**JOSE MARTINEZ,**

              **Petitioner,**

    **- against -**

**UNITED STATES OF AMERICA.,**

           **Respondent.**

**18cv8277 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has received the petitioner's request to appoint pro bono counsel to aid him with a petition for a writ of habeas corpus. The Court denied a previous request to appoint counsel on October 15, 2018. Dkt. No. 7. The Court again declines to appoint counsel at this time because, among other reasons, this case is now pending before the Court of Appeals and any request for the appointment of counsel should be directed to that court.

The petitioner's application for the Court to appoint counsel is **denied without prejudice.** The Clerk is directed to close the pending motion at Docket Number 17.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **January 8, 2020**

                      **John G. Koeltl**
                **United States District Judge**

*Copy mailed to those party at docket address.*