**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

        - against -            96cr959-2 (JGK)
                               18cv8277 (JGK)
**JOSE MARTINEZ,**

                                 <u>ORDER</u>
               **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The Federal Defenders will no longer represent Mr. Martinez. John A. Diaz is appointed as counsel for Mr. Martinez.

**SO ORDERED.**

**Dated:**     New York, New York
            May 22, 2020              ____/s/ John G. Koeltl____
                                                   John G. Koeltl
                                   **United States District Judge**